```
JOHN S. LEONARDO
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: Bev.Anderson@usdoj.gov
Attorneys for Plaintiff
```

FILED___ LODGED
___RECEIVED___COPY

2012 OCT 31 P 1: 43

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

DCB/JR

CR12-2211TUC

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>1. Jerome Derrick Owings,<br><br>    Defendant. | **INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>(Felon in Possession of a Firearm)<br>Count 1<br><br>18 U.S.C. § 922(d)<br>18 U.S.C. § 924(a)(2)<br>(Transfer of Firearm to Prohibited Person)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 10, 2012, in the District of Arizona, **JEROME DERRICK OWINGS,** having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Aggravated Assault, in Yavapai County Superior Court, Prescott, Arizona, case number CR820060670, on March 19, 2007, did knowingly possess a firearm, that is: a black .38 Special Caliber, Smith & Wesson handgun, Model 15, Serial Number K530327; said firearm not having been manufactured in Arizona and thus affecting interstate or foreign commerce in that it previously was

transported into the State of Arizona from another state or foreign country; in violation of
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about February 10, 2012, in the District of Arizona, **JEROME DERRICK OWINGS,** knowingly transferred a firearm, that is: a black .38 Special Caliber, Smith & Wesson handgun, Model 15, Serial Number K530327, to a person with the initials J.H., knowing and having reasonable cause to believe that J.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

A TRUE BILL

/s/
_____
Presiding Juror

OCT 3 1 2012

JOHN S. LEONARDO
United States Attorney
District of Arizona
/s/

Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

United States vs. Owings
Indictment Page 2